UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>JOHN SUMNER,<br><br>Plaintiff-Intervenor,<br><br>-against-<br><br>PACIFIC SUNWEAR OF CALIFORNIA, LLC,<br><br>Defendant. | Case No. 3:18-CV-000863-BJD-JRK |

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Pursuant to Fed. R. Civ. P. 7(b)(1) and 65(d), Plaintiff, Equal Employment Opportunity Commission ("EEOC"), and Defendant, Pacific Sunwear of California, LLC ("PacSun"), respectfully and jointly request that the Court approve and enter the attached Consent Decree.

1. EEOC is the federal agency responsible for enforcing federal laws prohibiting employment discrimination, including the Americans with Disabilities Act, as amended ("ADA").

2. EEOC filed this action on July 10, 2018 alleging that PacSun violated the ADA by discriminating against Charging Party, Intervenor-Plaintiff John Sumner ("Sumner") by failing to hire him on the basis of disability and utilized walking and/or the

absence of a wheelchair as a qualification standard and/or selection criteria for hire. EEOC further alleged that PacSun failed to make and preserve records. Dkt. No. 1.

3. PacSun filed an Answer and Affirmative Defenses on September 6, 2018. Dkt. No. 6. PacSun denies the allegations asserted in the Complaint and maintains that it violated no law with respect to Mr. Sumner.

4. As a result of having engaged in comprehensive settlement negotiations, EEOC and PacSun have agreed to resolve this action in the terms reflected in the attached Consent Decree. *See* Exhibit A, attached hereto.[1]

5. The Parties request that the Court approve and execute the attached Consent Decree. The Consent Decree conforms to Fed. R. Civ. P. 65(d) in that it states the reasons why it is issued, provides specific terms that the Parties must comply with, and describes in detail the acts restrained and required.

6. Finally, the Court's entry of the Consent Decree will resolve all claims asserted by EEOC in their entirety.

7. The Parties request that the Court administratively close this case and retain jurisdiction to enforce the terms of the Consent Decree. Each party has agreed to bear their own attorneys' fees and costs incurred in this matter.

**WHEREFORE**, for the foregoing reasons, the Parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree and execute the attached Consent Decree, administratively close this action, retain jurisdiction to enforce the terms of the Consent Decree, and enter any and all further relief this Court deems equitable and just.

---

[1] Although Mr. Sumner is not a party to the Consent Decree entered into between EEOC and Defendant, the parties anticipate that he will soon file separate submissions to effectuate the dismissal of his independent claims.

**Dated this 23rd day of July, 2019**

Respectfully submitted,

| *Attorneys for Plaintiff EEOC* | *Attorneys for Defendant* |

/s/ Robert L. Adler
ROBERT L. ADLER
Trial Counsel
Florida Bar No. 1004597
Robert.Adler@eeoc.gov

KIMBERLY A. CRUZ
Supervisory Trial Attorney
Kimberly.Cruz@eeoc.gov

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Miami District Office
Miami Tower
100 S.E. 2nd Street
Suite 1500
Miami, Florida 33131
Tel.: (305) 808-1790
Fax: (305) 808-1835

/s/ Nancy Johnson
NANCY JOHNSON
Trial Counsel
Florida Bar No. 597562
NAJohnson@littler.com

LITTLER MENDELSON P.C.
111 North Magnolia Avenue
Suite 1250
Orlando, Florida 32801
Tel.: (407) 393-2925
Fax: (407) 625-9842

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 23, 2019, the foregoing is being served on all counsel identified on the attached Service List by email pursuant to agreement of all parties.

Robert L. Adler
ROBERT L. ADLER

## SERVICE LIST

Kimberly Doud, Esq.
Jeffrey Jones, Esq.
Kevin Kraham, Esq. (admitted *pro hac vice*)
Nancy Johnson, Esq.
*Attorneys for Defendant*

Lisa DiFranza, Esq.
*Attorneys for Plaintiff-Intervenor*